**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRANCISCO HERNANDEZ-GUTIERREZ,<br><br>  Petitioner,<br><br>  v.<br><br>LINDA SANDERS (Warden),<br><br>  Respondent. | No. CV 08-6212-JFW(CW)<br><br>JUDGMENT |

**IT IS ADJUDGED** that the petition is dismissed without prejudice.

DATED:  12/31/08

```
                         _____/s/_____
                              JOHN J. WALTER
                         United States District Judge
```